EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Félix Rivera Durán | 2019 TSPR 30<br><br>201 DPR ____ |

Número del Caso:  TS-8,704

Fecha: 15 de febrero de 2019

Abogado de la parte peticionaria:

      Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Félix Rivera Durán | TS-8,704 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de febrero de 2019.

Evaluada la Moción en Cumplimiento de Orden presentada por el Sr. Félix Rivera Durán el 31 de enero de 2019, se provee ha lugar. Se reinstala al señor Rivera Durán al ejercicio de la abogacía.

Se le apercibe que en el futuro deberá dar estricto cumplimiento con nuestras órdenes y requerimientos.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Estrella Martínez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo